# BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF CITY OF NEW YORK *v.* TOM F., ON BEHALF OF GILBERT F., A MINOR CHILD

CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

No. 06–637.   Argued October 1, 2007—Decided October 10, 2007

*Leonard J. Koerner* argued the cause for petitioner.   With him on the briefs were *Michael A. Cardozo, Edward F. X. Hart,* and *Drake A. Colley.*

*Paul G. Gardephe* argued the cause for respondent.   With him on the brief were *Carrie A. Syme* and *Alexis Gander Deise.*

*Deputy Solicitor General Garre* argued the cause for the United States as *amicus curiae* urging affirmance.   With him on the brief were *Solicitor General Clement, Assistant Attorney General Kim, Jonathan L. Marcus, Diana K. Flynn, Lisa J. Stark,* and *Kent D. Talbert.**

---

*Briefs of *amici curiae* urging reversal were filed for the Council of the Great City Schools et al. by *Julie Wright Halbert* and *Pammela Quinn;* for the National School Boards Association et al. by *Maree F. Sneed, John W. Borkowski, Audrey J. Anderson, Catherine E. Stetson, Jessica L. Ells-*

1

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE KENNEDY took no part in the decision of this case.

worth, *Francisco M. Negrón, Jr.,* and *Naomi Gittins;* for the New York State School Boards Association by *Jay Worona* and *Pilar Sokol;* and for the U. S. Conference of Mayors et al. by *Richard Ruda* and *Donald B. Ayer.*

Briefs of *amici curiae* urging affirmance were filed for Agudath Israel of America by *David Zwiebel;* for Autism Speaks by *Robert H. Pees* and *Gary S. Mayerson;* for the Council of Parent Attorneys and Advocates et al. by *Ankur J. Goel;* for the International Dyslexia Association, Inc., et al. by *Paul M. Smith;* and for the National Disability Rights Network et al. by *Beth S. Brinkmann, Seth M. Galanter,* and *Linda A. Arnsbarger.*